# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MANPOWER INC.,**
        **Plaintiff,**

v.                                                Case No. 08-C-0085

**INSURANCE COMPANY OF**
**THE STATE OF PENNSYLVANIA,**
        **Defendant.**

## DECISION AND ORDER

In my prior order in this case, I resolved the last outstanding issue and asked the parties to advise me whether I needed to address any other matters before entering final judgment. Manpower responded by filing a motion to stay further proceedings in this case pending the outcome of litigation in France. However, since all outstanding issues in this case have been resolved, there is nothing left to stay. The issue pending in France is whether the "local" policy issued by AIG-Europe (now known as Chartis-France) covers Manpower's loss. But, pursuant to Manpower's request, I have already resolved that issue for purposes of litigation in this court by ruling that the local policy does cover the loss. See April 13, 2012, Decision and Order, ECF No. 200. Manpower has developed no argument in support of the proposition that I could or must change my ruling if the French court disagrees with me and determines that the local policy does not cover the loss. Thus, Manpower is bound by my ruling no matter what happens in France. For that reason, a stay of this case would serve no purpose, and I will enter final judgment in favor of ISOP.

Accordingly, **IT IS ORDERED** that Manpower's motion to stay further proceedings in this case is **DENIED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 20th day of June 2012.

<pre>
                                  s/ Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge
</pre>